IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-00044 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-7, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE #2, OWNER OF IP ADDRESS 98.201.199.110**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 2, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.201.199.110.

DATED:  May 8, 2015            Respectfully submitted,

                                Dallas Buyers Club, LLC,

                                By:  s/Daniel R. Kirshbaum, P.C.
                                     Daniel R. Kirshbaum
                                     Texas Bar No. 11533000
                                     4900 Woodway, Suite 600
                                     Houston, Texas 77056
                                     (832) 617-5683-ofc
                                     (713) 208-7709-cell
                                     (832) 266-0282-fax

                                     s/ Keith A. Vogt, Esq.
                                     1033 South Blvd, Suite 200
                                     Oak Brook, IL 60302
                                     630-974-5707 (Direct)
                                     630-423-9558 (Fax)
                                     keithvogtjd@gmail.com

                                     Attorneys for Plaintiff